IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF ANN BOGGESS, by Its Executor, Thomas Boggess; ESTATE OF FRANK BOLLE, by Its Executor, Frank L. Bolle; ESTATE OF LENA LONGO, by Its Executors, Joseph Longo and Peter Longo; ESTATE OF HELGA NEUBERG, by Its Executor, Larry Neuberg; ESTATE OF SAUL OFFIT, by Its Executor, Marc Offit; ESTATE OF NAOMI PRESSMA, by Its Executor, Conrad Pressma; ESTATE OF GEORGIA TOWERS, by Its Executor, Edwin Towers; ESTATE OF ANNA ZUFELT, by Its Executor, Cheryl Howey, <br><br>        Plaintiffs, <br><br>    v. <br><br> U.S. BANK, N.A., as Securities Intermediary, and WELLS FARGO BANK, N.A., as Securities Intermediary, <br><br>        Defendants. | Misc. No. _____ <br><br> D. Minn. Case No. 23-cv-00045 DWF/DJF |

**PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 37(a)(1) AND
FED. R. CIV. P. 45(d)(2)(B)(i) TO COMPEL NON-PARTIES VC 3 LS 2021 L.P.;
VIVA CAPITAL 3 L.P.; BLACKSTONE TACTICAL OPPORTUNITIES ADVISORS,
LLC; PRESTON VENTURES, LLC; FINANCIAL CREDIT INVESTMENT II TRUST E;
AND APOLLO GLOBAL MANAGEMENT, INC., TO COMPLY WITH SUBPOENAS**

Pursuant to Fed. R. Civ. P. 37(a)(1) and Fed. R. Civ. P. 45(d)(2)(B)(i), Plaintiffs, the Estates of Ann Boggess, Frank Bolle, Saul Offit, Naomi Pressma, Georgia Towers, and Anna Zufelt (collectively, the "Estates"), hereby move for an order compelling non-parties VC 3 LS 2021 L.P., Viva Capital 3 L.P., Blackstone Tactical Opportunities Advisors, LLC, and Preston Ventures, LLC (collectively, the "Blackstone Entities"), and non-parties Financial Credit Investment II Trust E and Apollo Global Management, Inc. (collectively, the "Apollo Entities"), to comply with

subpoenas that were issued in an action pending in the District of Minnesota,[1] that were served on the non-parties in August and September 2023, and that required compliance in this District. The grounds supporting this motion are set forth in the Estates' accompanying brief, which is incorporated by reference here.

Dated: August 16, 2024

                                          Respectfully submitted,

                                          /s/ Duncan R. Becker
                                          Duncan R. Becker (PA 326077)
                                          Matthew Bleich (PA 208069)
                                          COZEN O'CONNOR
                                          1650 Market Street
                                          One Liberty Place, Suite 2800
                                          Philadelphia, PA 19103
                                          Tel: (215) 665-2000
                                          Dbecker@cozen.com
                                          Mbleich@cozen.com

                                          *Attorneys for Plaintiffs*

---

[1] *Estate of Ann Boggess et al. v. U.S. Bank, N.A. et al.*, Case No. 23-cv-00045 DWF/DJF.