IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF ANN BOGGESS, by Its Executor, Thomas Boggess; ESTATE OF FRANK BOLLE, by Its Executor, Frank L. Bolle; ESTATE OF LENA LONGO, by Its Executors, Joseph Longo and Peter Longo; ESTATE OF HELGA NEUBERG, by Its Executor, Larry Neuberg; ESTATE OF SAUL OFFIT, by Its Executor, Marc Offit; ESTATE OF NAOMI PRESSMA, by Its Executor, Conrad Pressma; ESTATE OF GEORGIA TOWERS, by Its Executor, Edwin Towers; ESTATE OF ANNA ZUFELT, by Its Executor, Cheryl Howey, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A., as Securities Intermediary, and WELLS FARGO BANK, N.A., as Securities Intermediary, <br><br> Defendants. | Misc. No. _____ <br><br> D. Minn. Case No. 23-cv-00045 DWF/DJF |

**DECLARATION OF DUNCAN R. BECKER AND EXHIBIT INDEX IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**

I, Duncan R. Becker, hereby declare and state the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and any other applicable law:

1. Attached to Plaintiffs' Motion to Compel are the following Exhibits, 1-18, which are a true and correct copy of the documents and materials described herein:

| Exhibit | Description |
|---|---|
| 1. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to VC3 LS 2021, L.P. |
| 2. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to Viva Capital 3 L.P. |
| 3. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to Blackstone Tactical Opportunities Advisors, LLC |

| | |
|---|---|
| 4. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to Preston Ventures, LLC |
| 5. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to Apollo Global Management, Inc. |
| 6. | Subpoena for Documents Pursuant to Fed. R. Civ. P. 45 to Financial Credit Investment II Trust E |
| 7. | Plaintiffs' Complaint filed in the underlying Minnesota Action, *Estate of Ann Boggess et al. v. U.S. Bank, N.A., et al.*, No. 23-cv-00045, (D. Minn.) (ECF No. 1) |
| 8. | Article written in The Deal dated August 2, 2018, entitled "Apollo Launches Fourth Life Settlement Fund" |
| 9. | Article written in The Deal dated March 4, 2024, entitled "Apollo Performance Fees on FCI Funds Grow" |
| 10. | Article written in The Deal dated May 4, 2017 entitled "Blackstone Acquires Second Tranche of AIG Policies" |
| 11. | Article written in The Deal dated January 13, 2023, entitled "Blackstone Looks to Sell Life Settlement Portfolio" |
| 12. | Answer with Affirmative Defenses of Defendants U.S. Bank and Wells Fargo filed in the underlying Minnesota Action (ECF No. 21) |
| 13. | Compendium of Responses and Objections to Subpoenas from Blackstone Entities including VC3 LS 2021 L.P. (pp. 2-35), Viva Capital 3 L.P. (pp. 36-69), Blackstone Tactical Opportunities Advisors LLC (pp. 70-105), and Preston Ventures LLC (pp. 106-139) |
| 14. | Letter objection to Subpoena served on Apollo Global Management, Inc. |
| 15. | Email correspondence dated May 3, 2024, from Plaintiffs' counsel to Defendants' counsel |
| 16. | Protective Order governing the exchange of confidential discovery entered into in the Minnesota Action on April 27, 2023 (ECF No. 40) |
| 17. | Deposition Transcript of U.S. Bank's Corporate Designee pursuant to Rule 30(b)(6) taken on August 6, 2024 |
| 18. | Email correspondence between the Estates' counsel and counsel for Apollo Global Management and FCI |

Dated: August 16, 2024							Respectfully submitted,

COZEN O'CONNOR

/s/ Duncan R. Becker
Duncan R. Becker (PA 326077)
Matthew Bleich (PA 208069)
Cozen O'Connor
1650 Market Street
One Liberty Place, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-2000
Dbecker@cozen.com
Mbleich@cozen.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024 a true and correct copy of the foregoing was served upon all counsel of record via electronic mail.

/s/ Duncan R. Becker
Duncan R. Becker, Esq.

Dated: August 16, 2024